ANTONIO RAMIREZ, Appellant, v CITY OF NEW YORK, Defendant, and PARADE MANAGEMENT CORP. et al., Respondents. [934 NYS2d 838]—

The portion of the order from which the plaintiff appeals is not embodied in a decretal paragraph and does not otherwise grant or deny relief. Instead, that portion of the order is a conclusion of law which is not independently appealable (*see Higgins v Higgins*, 50 AD3d 852, 852 [2008]; *Cosh v Cosh*, 45 AD3d 798, 799 [2007]; *Griggs v Griggs*, 44 AD3d 710, 711 [2007]; *ELRAC, Inc. v Belessis*, 303 AD2d 445, 446 [2003]; *Napolitano v Kaddoch*, 275 AD2d 445 [2000]; *Naar v Litwak & Co.*, 260 AD2d 613, 614 [1999]; *Clark v Weiner*, 254 AD2d 322 [1998]). Accordingly, the appeal must be dismissed. Rivera, J.P., Eng, Roman and Sgroi, JJ., concur.